IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00192-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RYAN REAVES KLEIN, )<br>      Defendant. ) | O R D E R<br>AMENDING JUDGMENT |

This matter is before the court on Ryan Reaves Klein's Motion to Modify Judgment [DE-27]. In his motion, Klein requests that the court modify his judgment to recommend that he serve his term of imprisonment at FCI Butner. Klein's Motion to Modify Judgment [DE-27] is ALLOWED, and the court hereby RECOMMENDS that Klein's term of imprisonment be served at FCI Butner. Except as herein modified, the May 12, 2015 Judgment [DE-25] of this court in all respects is RATIFIED.

SO ORDERED.

This the 21 day of May, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge